1   PAMELA E. COGAN (SBN 105089)
    LAURA L. REIDENBACH (SBN 158335)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA  94063
    Telephone:     (650) 364-8200
4   Facsimile:     (650) 780-1701

5   Attorneys for Defendant and Third-Party Plaintiff
    LIBERTY MUTUAL FIRE INSURANCE
6   COMPANY

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  TAISEI CONSTRUCTION                 Case No.  C09-01539 JW
    CORPORATION,
12                                      **STIPULATION AND ORDER TO
                  Plaintiff,            RESCHEDULE PRELIMINARY PRETRIAL
13                                      CONFERENCE**

    v.
14
    LIBERTY MUTUAL FIRE INSURANCE
15  COMPANY, and DOES 1-20 inclusive,

16                Defendants.

17  AND RELATED ACTIONS.

18

19          The parties to this action, plaintiff TAISEI CONSTRUCTION CORPORATION,

20  defendant/third-party plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY, and third-

21  party defendant SOMPO JAPAN INSURANCE COMPANY OF AMERICA, through their

22  respective attorneys, hereby stipulate to the rescheduling of the Preliminary Pretrial Conference in

23  this action, currently set for April 12, 2010, at 11:00 a.m., in Courtroom 8, 4th Floor, of this Court,

24  to the new date of **April 5, 2010**, at 11:00 a.m.  The reason for continuance is that counsel for

25  defendant/third-party plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY has a

26  Pretrial Conference scheduled for the same day for a trial that is scheduled for April 26, 2010.

27  / / /

28  / / /

RC1/5387969.1/GH2                          1        Stipulation & Order to Reschedule Preliminary
                                                    Pretrial Conference -  C09-01539 JW

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1    IT IS SO STIPULATED.

2

3    DATED: September 29, 2009          McLENNON LAW CORPORATION

4

5                                      By:

6                                         CRAIG WILLIAM WALLACE
                                          DANIEL FREDERICK McLENNON
7                                         Attorneys for Plaintiff
                                          TAISEI CONSTRUCTION CORP.
8

9    DATED: September 29, 2009          McLENNON LAW CORPORATION

10

11                                     By:

12                                        CRAIG WILLIAM WALLACE
                                          DANIEL FREDERICK McLENNON
13                                        Attorneys for Third-Party Defendant
                                          SOMPO JAPAN INSURANCE COMPANY
14                                        OF AMERICA

15   DATED: September 29, 2009          ROPERS, MAJESKI, KOHN & BENTLEY

16

17                                     By:

18                                        PAMELA E. COGAN
                                          LAURA L. REIDENBACH
19                                        Attorneys for Defendant/Third-Party Plaintiff
                                          LIBERTY MUTUAL FIRE INSURANCE
20                                        COMPANY

21                        **ORDER**

22       Pursuant to the Court's finding good cause for the rescheduling of the Preliminary Pretrial

23   Conference, including consideration of the Stipulation contained herein,

24       IT IS HEREBY ORDERED that the Preliminary Pretrial Conference, currently scheduled

25   for April 12, 2010, be rescheduled to **April 5, 2010, at 11:00 a.m., in Courtroom 8, 4th Floor.**

26

27   DATED: ___November 5, 2009___

28                                        THE HONORABLE JAMES WARE
                                          UNITED STATES DISTRICT COURT

RC1/5387969.1/GH2                - 2 -       Stipulation & Order to Reschedule April 12, 2010
                                             Preliminary Pretrial Conference - C09-01539 JW