**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Taisei Construction Corporation,              NO. C 09-01539 JW

11                      Plaintiff,          **ORDER CONTINUING PRELIMINARY**
                                            **PRETRIAL CONFERENCE**
          v.
12
     Liberty Mutual Fire Insurance Company,
13
                       Defendant.
14   _____/

15          This case is scheduled for a Preliminary Pretrial Conference on April 5, 2010.  The

16   Conference was previously scheduled for April 12, 2010, but was advanced at the parties' request.

17   (See Docket Item No. 43.)  However, the parties have failed to submit a Joint Pretrial Conference

18   Statement.  In light of the parties' failure to file a Joint Statement, the Court continues the

19   Conference to **April 19, 2010 at 11 a.m.**  On or before **April 9, 2010**, the parties shall file a Joint

20   Preliminary Pretrial Statement.  The Statement shall include, among other things, a proposed trial

21   schedule with specific dates.  Failure to comply with this Order may result in sanctions for both

22   parties.

23

24   Dated:  March 31, 2010                        _____
                                                   JAMES WARE
25                                                 United States District Judge

26

27

28

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Craig William Wallace cwallace@mclennonlaw.com
    Daniel Frederick McLennon dmclennon@mclennonlaw.com
3   Laura Lynn Reidenbach lreidenbach@ropers.com
    Pamela E. Cogan pcogan@rmkb.com
4

5
    **Dated:  March 31, 2010**                    **Richard W. Wieking, Clerk**
6

7                                                  **By:      /s/ JW Chambers**
                                                        **Elizabeth Garcia**
8                                                       **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California