1  PAMELA E. COGAN (SBN 105089)
   LAURA L. REIDENBACH (SBN 158335)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   E-mail:      pcogan@rmkb.com
5               lreidenbach@rmkb.com

6  Attorneys for Defendant, and Third Party Plaintiff,
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

8  DANIEL F. MCLENNON (SBN 124810)
   CRAIG WALLACE (SBN 174043)
9  MCLENNON LAW CORPORATION
   550 California Street
10 Sacramento Tower, Suite 700
   San Francisco, CA 94104
11 Telephone:   (415) 394-6688
   Facsimile:   (415) 394-6687
12 E-mail: cwallace@mclennonlaw.com

13 Attorneys for Plaintiff,
   TAISEI CONSTRUCTION CORPORATION
14 and Third Party Defendant,
   SOMPO JAPAN INSURANCE COMPANY

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAISEI CONSTRUCTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1-20 inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINT | Case No. C09-01539JW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

RC1/424720.1/KCC                -1-                STIPULATION AND ORDER OF DISMISSAL –
                                                   CASE NO. C09-01539JW

1    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, TAISEI
2    CONSTRUCTION CORPORATION, Defendant and Third Party Plaintiff, LIBERTY
3    MUTUAL FIRE INSURANCE COMPANY, and Third Party Defendant SOMPO JAPAN
4    INSURANCE COMPANY through their respective counsel, that the above-captioned action, and
5    all claims alleged therein in the Complaint and the Third Party Complaint shall be and hereby are
6    dismissed with prejudice; and that each party shall bear its own fees and costs incurred in this
7    action.
8    Dated: ~~March~~ April 26, 2010          McLENNON LAW CORPORATION

By: _____
DANIEL F. MCLENNON
CRAIG WALLACE
Attorneys for Plaintiff
TAISEI CONSTRUCTION CORPORATION
and Third Party Defendant SOMPO JAPAN
INSURANCE COMPANY

Dated: ~~March~~ April 30, 2010          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
LAURA L. REIDENBACH
Attorneys for Defendant and Third Party
Plaintiff LIBERTY MUTUAL FIRE
INSURANCE COMPANY

**[PROPOSED] ORDER**

**IT IS SO ORDERED.** This action is hereby dismissed in its entirety, with prejudice.
Each party shall bear its own fees and costs. The Clerk shall close this file.

Dated: May 3, 2010          _____
Honorable James Ware
United States District Court Judge

RCI/424720.1/KCC          - 2 -          STIPULATION AND ORDER OF DISMISSAL –
                                         CASE NO. C09-01539JW